AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:24mj04 |
| ALVIN BERNARD PARKS | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2024,__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 876(c) | Did cause to be delivered in the mail a letter containing a threat to kill another person. |
| 18 U.S.C. Section 844(e) | Did through the use of the mail make a threat to unawfully damage or destroy the federal couthouse building in Greenville, S.C., by means of fire or an explosive. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lisa Quillen, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/25/24

_____
Judge's signature

City and state:  __Greenville, South Carolina__     KEVIN F. McDONALD, U.S. Magistrate Judge
Printed name and title