DISTRICT OF SOUTH CAROLINA
GREENVILLE, SOUTH CAROLINA
<u>AFFIDAVIT</u>

I, LISA V. QUILLEN, having been duly sworn, do hereby depose and state as follows:

1) I am duly appointed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed for more than twenty-four (24) years. As a Federal Agent, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. In the performance of my duties, I have led, conducted, and participated in numerous investigations pertaining to violations of federal law involving threatening communications. I am currently assigned to the Columbia Division, Greenville Resident Agency, Greenville, South Carolina.

2) In connection with my official duties, I am currently investigating the mailing of threatening communications. My affidavit includes information received by me and from other law enforcement officers who have participated in the ongoing investigation. Since this affidavit is being submitted for the limited purpose of securing authorization for an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth those facts which I believe are necessary to establish that there is probable cause to believe that Alvin Parks mailed threatening communications.

3) Title 18 U.S.C § 876(c), makes it a crime to knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly cause to be delivered by the Postal Service according to the direction thereon, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another.

Title 18 U.S.C. § 844(e), makes it a crime to use the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, to willfully make any threat, or maliciously convey false information knowing the same

1

to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive.

4) On January 23, 2024, the Clerk of Court's Office for the United States District Court, District of South Carolina, Greenville, South Carolina, received an envelope through the United States Postal Service that was addressed to a specifically named United States District Court Judge for the District of South Carolina, located in Greenville, S.C. The return address on the envelope was Alvin Parks, 20 McGee Street, Greenville, South Carolina, 29601. The envelope was postmarked January 19, 2024. The envelop contained a handwritten letter address to that same specifically named United States District Court Judge for the District of South Carolina and read as follows: "You sentenced me in 2008 cracker and I have lost the one that missed me all because you sentenced me for same bullshit. I'm so tired of ya'll crackers such as Trump, Bush, that get away with breaking the law and all the rest spend time behind bars. You and Trump will pay with your life. Since my release I have watched you leave the courthouse numerous times and plotted to get my revenge. I really want to do what the D.C. sniper did since I lost everything but trust me and it's not a threat bitch you best to make sure they lock me away for good cause I'm going to kill you or blow that courthouse up. See you in hell cracker."

5) The investigation revealed that the address of 20 McGee Street, Greenville, South Carolina, 29601 belongs to the Greenville County Detention Center. A search of records for the Greenville County Detention Center revealed Alvin Parks is a current inmate housed at that location.

6) On January 24, 2024, SA Quillen and Deputy Cook with the United States Marshal Service interviewed Alvin Parks at the Greenville County Detention Center. Alvin Parks was advised of his Miranda Rights. Alvin Parks indicated that he did not want to speak to SA Quillen and Deputy Cook. However, Alvin Parks uttered, "I meant it." Alvin Parks saw the envelope and letter that was mailed to the specifically named specifically named United States District Court Judge for the District of South Carolina noted in paragraph four that was in the possession of SA Quillen. Alvin Parks uttered, in part, that was the letter he wrote and the envelope he mailed it in. Alvin Parks uttered that he was mad at the specifically named specifically named

United States District Court Judge for the District of South Carolina over a family issue. Alvin Parks uttered something to the effect of, "Because my father died, I'm going to get mine", referring to killing the specifically named United States District Court Judge for the District of South Carolina.

(7)     Based on the forgoing, I have probable cause to believe that Alvin Parks knowingly deposited in a post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication, addressed to any other person and containing a threat to injure the person of the addressee or of another in violation of 18 USC 876(c), and used the United States Postal Service to willfully make a threat to kill, injure, or intimidate any individual or unlawfully to damage or destroy a building, that being the Greenville, S.C., Federal Courthouse, by means of fire or an explosive in violation of Title 18 United States Code, Section 844(e).

Further your affiant sayeth not.

_____
LISA V. QUILLEN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN TO
BEFORE ME this 25 day of January 2024.

_____
Kevin F. McDonald
United States Magistrate Judge

Greenville, South Carolina

3